PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jamal Nicklson                                                         Cr.: 02-00188-001

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolin

Date of Original Sentence: 06-26-03

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 46 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                         Date Supervision Commenced: 11-09-05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Supervision in this case commenced on November 9, 2005, when the offender was released from the custody of the Federal Bureau of Prisons. Nicklson was not released from prison via halfway house placement. Since then, the offender has been unemployed and without a legitimate source of personal income. Furthermore, he has struggled to secure a stable, permanent place of residence. Nicklson has been referred to several different agencies for employment and job readiness assistance, however he has not yet succeeded in obtaining gainful work or stable housing. Specifically, Nicklson has failed to follow through with a referral to the Division of Vocational Rehabilitation (DVR) of the New Jersey Department of Labor (DOL) in Newark. On February 9, 2006, Nicklson failed to report to the probation officer as instructed for a scheduled drug test. Then, on February 16, 2006, the offender admitted that he failed to notify his probation officer within 72 hours of a change in residence. On March 16, 2006, the offender reported to the probation officer at a community-based location in Newark; after the probation officer detected an odor of alcohol on his breath, the offender admitted that he consumed beer before coming to the meeting. On May 12, 2006, at approximately 11:00 p.m., the offender was shot in the leg by an unknown individual in Newark. He was treated for his injury at University Hospital in Newark and was released on the following day. The Newark Police Department is currently investigating this incident.

PROB 12B - Page 2
Jamal Nicklson

Respectfully submitted,

By: Donald L. Martenz, Jr.
U.S. Probation Officer
Date: June 5, 2006

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6-8-06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____         Signed: _____
U.S. Probation Officer                                              Probationer or Supervised Releasee
Donald L. Martenz, Jr.                                              Jamal Nicklson

06-01-06
DATE