PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamal Nicklson                                             Cr.: 02-00188-001

Name of Sentencing Judicial Officer: Honorable Alfred M. Wolin, U.S.D.J.

Date of Original Sentence: 06/26/03

Original Offense: Possession of Firearm by a Convicted Felon

Original Sentence: 46 months imprisonment followed by a 3 year term of supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/09/05

Assistant U.S. Attorney: Carnelia M. Valdes, A.U.S.A.      Defense Attorney: Donald McCauley, A.F.P.D.

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.'** |
| | On August 11, 2006, Nicklson's four month period of confinement at the Kintock Community Corrections Center commenced. On October 3, 2006, Nicklson was unsatisfactorily discharged from that program for his failure to follow the community corrections center's. rules and regulations. |
| 2 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | According to information received from the Newark Police Department, on August 8, 2006, Nicklson assaulted his girlfriend, Nakiya Threadgill, by punching and kicking her. Nicklson was arrested and charged with simple assault, in violation N.J.S.A. 2C:12-1A. |

PROB 12C - Page 2
Jamal Nicklson

3      The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

Since the commencement of supervision in November 2005, the offender has only submitted *Monthly Supervision Reports* for the months of April 2006 and July 2006.

4      The offender has violated the supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

Since the commencement of supervision the probation office has been working with the offender in obtaining proper identification and legitimate employment or vocational training. Nicklson has failed to follow the directives of the probation office by not following through with referrals to the Division of Vocational Rehabilitation of the New Jersey Department of Labor and to the New Jersey Motor Vehicle Commission to obtain proper identification.

5      The offender has violated the supervision condition which states **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.'**

Since commencement of supervision, Nicklson has failed to maintain verifiable, full time, legitimate employment. Nicklson was not excused by the U.S. Probation Office from the requirement of working.

6      The offender has violated the supervision conditions which state **'It is ordered that the defendant shall pay to the United States a special assessment of $100, for count one, which shall be due immediately'** and **'As a condition of supervision, you are instructed to pay a fine in the amount of $500; it shall be paid in the following manner: due immediately.'**

Since his release from confinement on November 9, 2005, the releasee has not made any payments towards his court imposed financial obligations. While in the custody of the Bureau of Prisons, the offender made a one time payment of $25 on April 21, 2005. A total balance of $575 remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
    U.S. Probation Officer
Date: 01/03/06



PROB 12C - Page 3
Jamal Nicklson

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-18-07
_____
Date