PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

# Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamal Nicklson      **Docket Number:** 02-00188-001
     **PACTS Number:** 32403

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 06/26/2003

**Original Offense:** Firearms, Unlawful Possession

**Original Sentence:** 46 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 12/04/2007

**Violation Sentence:** 6 months extension of supervision.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 11/09/2005

**Assistant U.S. Attorney:** Camelia Valdes, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald McCauley, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]   To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

     On April 16, 2008, Nicklson was arrested by officers of the Newark Police Department after he was found to be in possession of cocaine. This matter is currently pending in the Newark Municipal Court. On June 17, 2008, a warrant was issued for Nicklson for his failure to appear for a court hearing.

2      The offender has violated the supervision conditions which state '**You shall not commit another federal, state, or local crime.**' and '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia**

PROB 12C - Page 2
Jamal Nicklson

related to such substances, except as prescribed by a physician.'

On May 27, 2008, Nicklson was issued a summons for public intoxication. The matter is currently pending in the Newark Municipal Court. On June 16, 2008, a warrant was issued for Nicklson after he failed to appear for a court hearing.

3   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On or before April 19, 2008 and May 30, 2008, respectively, Nicklson failed to notify the probation office within the requisite 72 hours of law enforcement contacts on April 16, 2008 and May 27, 2008.

4   The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $500; it shall be paid in the following manner: due immediately .**'

Since his release from confinement on November 9, 2005, the offender made two $10 payments towards his fine and special assessment. A total balance of $530 remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 10/20/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 11/12/08 @ 2:00PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/31/08
Date