PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamal Nicklson     **Docket Number:** 02-00188-001
    **PACTS Number:** 32403

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 06/26/2003

**Original Offense:** Possession of a Weapon by a Convicted Felon

**Original Sentence:** 46 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 01/11/2008

**Violation Sentence:** Term of supervised release extended to 05/01/2009

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 11/09/2005

**Assistant U.S. Attorney:** Camelia Valdes, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald McCauley, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the Probation Office on December 16, 2008, and February 5, 2009, respectively. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 3/30/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-2-09
Date